IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH A. JARAMILLO,

    Plaintiff,

vs.                              No. CIV  11-0906 JB/ACT

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order Adopting Supplemental Proposed Findings and Recommended Disposition, filed February 28, 2014 (Doc. 39)("MOO").  In the MOO, the Court granted Plaintiff Joseph A. Jaramillo's Motion to Reverse or Remand Administrative Agency Decision, filed May 24, 2012 (Doc. 21).  Because the Court's MOO disposes of all claims and parties before the Court, the Court finds that entry of final judgment is appropriate.

**IT IS ORDERED** that this case is remanded, and final judgment is entered.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

*Counsel:*

Michael D. Armstrong
Albuquerque, New Mexico

 *Attorney for Plaintiff Joseph A. Jaramillo*

Kenneth J. Gonzales
  United States Attorney
Manuel Lucero
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

--and--

Christopher Carrillo
  Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
Dallas, Texas

 *Attorneys for Defendant Carolyn W. Colvin, Commissioner of the Social Security Administration*